## A. F. NORDIN *vs.* BOARD OF COUNTY COMMISSIONERS OF KANDIYOHI COUNTY.

### October 17, 1876.

**Registers of Deeds.**—Counties are not liable to registers of deeds for keeping reception books, under Gen. St. *c.* 8, § 155.

Appeal by plaintiff from a judgment of the district court for Kandiyohi county, entered pursuant to the decision and order of *John H. Brown,* J.

*H. W. & C. L. Brown,* for appellant.

*B. F. Jenness,* for respondent.

BERRY, J. The plaintiff brings this action to recover compensation for services rendered by him in 1874 and 1875, as register of deeds of Kandiyohi county, in keeping the reception books required by Gen. St. *c.* 8, § 155. There is no statutory provision imposing any liability upon a county in a case of this kind, while Gen. St. *c.* 70, § 24, gives to registers of deeds " for entering or recording any deed or other instrument, twelve and a half cents for each folio, to be paid when the same is left for record." As Gen. St. *c.* 8, § 155, uses the words " enter " and " entry " to designate the services therein required to be performed by registers of deeds, there can be no doubt that, under Gen. St. *c.* 70, § 24, these are to be paid for by the party who leaves the instrument for record.

The plaintiff's counsel refers to and relies upon *Hough* v. *Ramsey County,* 9 Minn. 23, and *Mapes* v. *Olmsted County,* 11 Minn. 367. Both of these actions were brought to recover pay for services rendered while Laws 1857, *c.* 2, § 2, which provided that reception books should be procured, opened, and kept at the expense of the proper counties, was in force, and before its repeal by Laws 1862, *c.* 38.

Judgment affirmed.